UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA ELLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 24-cv-01255-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 1, 5 |

This is a civil rights case brought pro se by a federal prisoner. Plaintiff is incarcerated at Federal Correctional Institution Dublin, which is in this District. This case was opened when plaintiff filed a motion seeking relief due to sexual assaults that occurred in another state prior to her transfer to this district. Plaintiff was advised to file a complaint with more information. Plaintiff filed a complaint and all the allegations concern incidents that occurred at Federal Medical Center, Carswell which is in the Northern District of Texas. Because the events for this case and defendants are in the Northern District of Texas, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is transferred to the United States District Court for the Northern District of Texas. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motions (Dkt. Nos. 1, 5) which are vacated. The Clerk is requested to send plaintiff a blank civil rights form and in forma pauperis application. Plaintiff may file a new case in this district regarding any incidents that occurred at Federal Correctional Institution Dublin.

**IT IS SO ORDERED.**

Dated: March 26, 2024

_____
JAMES DONATO
United States District Judge